ANNA PATANSKA et al., executors, &c., complainants,

*v.*

PAZIA DUGAN KUZNIA et al., defendants.

[Decided February 4th, 1929.]

Mr. *Richard Doherty*, for the appellant.

Mr. *John Milton*, Mr. *Herbert Clark Gilson* and Messrs.
*O'Brien & Tartalsky*, for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-
Chancellor Fielder, and reported in *102 N. J. Eq. 408.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE,
VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.